UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



FILED

FEB 15 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTHONY DANIELS,

Defendant.

Case No. 2:19-mj-31-CKD

2 19 MJ 31

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ANTHONY DANIELS, Case No. Charge 21 USC 841(a)(1), 841 (b)(1)(D) , from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

**X** Unsecured Appearance Bond $   25,000.00 co-signed by Maurice Jackson

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other): Terms and conditions as stated on the

**X** record. Must appear before Judge Murgia, on 4/1/19 @ 9:30 a.m. at 500 State Avenue, Kansas City, KS

Issued at Sacramento, California on February 15, 2019 at 2:30pm

By: _____

Magistrate Judge Carolyn K. Delaney